# United States Bankruptcy Court

## Eastern District of Louisiana

In re:                                                     Chapter 13

GLENN P GUILLOT

Case #03-13564

2525 KANSAS AVE
KENNER LA  70062

### ORDER DISMISSING CASE

Pursuant to a hearing held today on the Trustee's motion to dismiss this case,

*It is ordered* that this case be and it hereby is DISMISSED.

New Orleans, Louisiana, September 16, 2003.

T. M. Brahney, III
U. S. Bankruptcy Judge

Attorney for Debtor:

CLAUDE C LIGHTFOOT JR
STE 450
3500 N CAUSEWAY BLVD
METAIRIE LA  70002